AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIK MITCHELL VAN TASSEL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-108

ANDREW SAUL, Commissioner
of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of July 22, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court.  Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is REVERSED, and the case is REMANDED to the Commissioner for further consideration in accordance with the Court's opinion.

| | |
|---|---|
| 07/22/2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03